UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       - against -　　　　　　　　　　　21 Cr. 155 (JGK)

MELVIN NATHAN BELTRE and ALFREDO　　ORDER
RODRIGUEZ,

       Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a conference on **September 28, 2021** at 9:00 a.m.

    Because a continuance is needed to assure the effective assistance of counsel and to allow the parties to discuss a disposition short of trial, the Court prospectively excludes the time from today, **July 27, 2021,** until **September 28, 2021,** from Speedy Trial Act calculations.  The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial.  This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

    SO ORDERED.

Dated:    New York, New York
           July 27, 2021

                                          _____
                                          John G. Koeltl
                                      United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/21