UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

        - against -               21 Cr. 0155 (JGK)

MELVIN NATHAN BELTRE             ORDER

        Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for another conference on **October 28, 2021** at **11:00 a.m.**

    Because a continuance is needed to allow the parties to discuss a disposition short of trial and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **September 28, 2021,** until **October 28, 2021,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    New York, New York
           September 28, 2021

                                     John G. Koeltl
                             United States District Judge