UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————————————

UNITED STATES OF AMERICA

                    - against -                          21-CR-155 (JGK)

MELVIN NATHAN BELTRE,                                    ORDER

                    Defendant.

————————————————————————————————————

JOHN G. KOELTL, District Judge:

     As discussed at the conference held today, the Court sets

the following schedule:

     Defense motions, if any, are due by **December 10, 2021**. The

government must respond by **December 28, 2021**. The defendant must

reply by **January 10, 2022**.

     The Court will hold a conference on **February 4, 2022** at

2:00 p.m.

     The government must produce any Fed. R. Evid. 404(b)

evidence by **March 4, 2022**.

     Motions in limine, voir dire, and requests to charge are

due by **March 25, 2022**. Responses are due by **April 12, 2022**.

     The final pre-trial conference will be held on **April 21,

2022** at 4:00 p.m.

     Trial will begin on **May 3, 2022** at 9:00 a.m.

     Because a continuance is needed to allow defense counsel

time to decide what motions, if any, will be made, and to assure

the effective assistance of counsel, the Court prospectively

excludes the time from today, **October 28, 2021,** until **May 3,**

**2022** from Speedy Trial Act calculations.   The Court finds that

the ends of justice served by granting the continuance outweigh

the best interests of the defendant and the public in a speedy

trial.   This Order is entered pursuant to 18 U.S.C.

§ 3161(h)(7)(A).


**SO ORDERED.**

**Dated:      New York, New York**
**October 28, 2021**

_____
John G. Koeltl
United States District Judge