March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

MELVIN BELTRE
_____ Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21-CR-155(GLA1)  ) JGK
11/2/21

Defendant _____MELVIN BELTRE_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

MELVIN BELTRE
Print Defendant's Name

_____
Defense Counsel's Signature

MITCHELL C. ELMAN
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

11/2/21
Date

_____
U.S. District Judge/U.S. Magistrate Judge